**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLAUDIA COLLAZO,                    )<br>                                                        )<br>                        Plaintiff,       )     Case No.  2:13-cv-00194-JCM-GWF<br>                                                        )<br>vs.                                                 )     **ORDER**<br>                                                        )<br>WAL-MART STORES, INC., d/b/a WAL-MART )<br>SUPERCENTER #5101,                )<br>                                                        )<br>                        Defendant.     )<br>_____) | |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated February 6, 2013, required the parties to file a Joint Status Report regarding removed action no later than March 11, 2013.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **April 1, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 20th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge