# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA COLLAZO, | |
| Plaintiff, | Case No. 2:13-cv-00194-JCM-GWF |
| vs. | **ORDER** |
| WAL-MART STORES, INC., d/b/a WAL-MART SUPERCENTER #5101, | |
| Defendant. | |

This matter is before the Court regarding the correspondence dated April 9, 2013, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **June 17, 2013** advising the Court of the status of the settlement.

DATED this 10th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge