1  DANIEL S. SIMON, ESQ.
   Nevada Bar No. 4750
2  810 S. Casino Center Blvd.
   Las Vegas, Nevada 89101
3  Telephone (702) 364-1650
   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA COLLAZO, | ) |
| Plaintiff, | ) CASE NO. 2:13-00194-JCM-GWF |
| vs. | ) **PLAINTIFF'S STATUS REPORT REGARDING STATUS OF SETTLEMENT AND REQUEST FOR EXTENSION OF TIME TO CONFIRM SETTLEMENT** |
| WAL-MART STORES, INC. d/b/a WAL-MART SUPERCENTER #5101, DOES I through V and ROE CORPORATIONS VI through X, inclusive, | ) |
| Defendants. | ) |

Comes now, Plaintiff CLAUDIA COLLAZO, by and through her attorney, DANIEL S. SIMON, ESQ., and provides the Honorable Court with her Status Report Regarding Settlement pursuant to LR 26-4.

The parties previously stipulated and the Court so ordered the deadline for filing of the Stipulation to Dismiss the above-cited case was June 28, 2013.

Plaintiff is requesting an additional thirty (30) day extension to resolve the case as Plaintiff has been unavailable to finalize as she was on vacation and lives in Pahrump, NV.

//
//
//
//
//
//
//
//

*The Law Office of Daniel S. Simon*
*810 S. Casino Center Blvd.*
*Las Vegas, Nevada 89101*
*702-364-1650 Fax: 702-364-1655*

Therefore, Plaintiff's Counsel respectfully requests a 30 day extension from June 28, 2013 to determine finalize the settlement with Defendants.

Dated this _28th_ _ day of June, 2013.

**LAW OFFICE OF DANIEL S. SIMON**

By: __/s/ *Daniel S. Simon*_____
     DANIEL S. SIMON, ESQ.
     Nevada Bar No. 4750
     810 South Casino Center Blvd.
     Las Vegas, Nevada 89101
     Attorney for Plaintiff

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 1, 2013